UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

| | | |
|---|---|---|
| RAQUELLE S. DANIEL, | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT, E.D.N.Y.<br>★ JUN 3 0 2005 ★<br>BROOKLYN OFFICE | STIPULATION AND<br>ORDER OF DISMISSAL |
| Petitioner, | | |
| - against - | | Civil Action<br>No. CV-05-2102 |
| MARY ANN GANTNER,<br>in her official capacity as District Director<br>of the United States Citizenship and<br>Immigration Services—New York District, | | (Irizarry, J.)<br>(Go, M.J.) |
| Respondent. | | |

----------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
June 14, 2005

Attorney for the Petitioner

MACX L. JEAN-LOUIS, ESQ.
2804 Church Avenue
Brooklyn, New York 11226

Dated: New York, New York
June 20, 2005

Attorney for the Respondent

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
June 23, 2005

_____
HONORABLE DORA LIZETTE IRIZARRY
United States District Judge